No. 89–1661.  NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS ET AL. v. MESA VERDE CONSTRUCTION CO.; and

No. 89–1874. MESA VERDE CONSTRUCTION CO. v. NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. Reported below: 895 F. 2d 516.